# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BRADLEY DWAYNE MOLCHANY,      :    No. 133 MM 2018

       Petitioner       :

         v.            :

COMMONWEALTH OF PENNSYLVANIA   :
D/B/A LEHIGH COUNTY COURT OF     :
COMMON PLEAS, LEHIGH COUNTY     :
DISTRICT ATTORNEY'S OFFICE,       :
PENNSYLVANIA DEPARTMENT OF     :
CORRECTIONS PENNSYLVANIA BOARD   :
OF PROBATION & PAROLE,        :

       Respondents     :

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of October, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.